IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOY BATTLE**, <br><br> *Plaintiff*, <br><br> v. <br><br> **OLD NAVY, LLC, et al.**, <br><br> *Defendants.* | **Case No.  2:21-cv-03238-JDW** |

### ORDER

AND NOW, this 3rd day of September, 2021, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that this case is **REMANDED** to the Court of Common Pleas for Philadelphia County.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.